# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USE OF A CELL-SITE SIMULATOR TO LOCATE THE<br>CELLULAR DEVICE ASSIGNED CALL NUMBER<br>(336) 953-8988 | ) ) ) ) ) ) Case No. 1:24MJ504-1 |

**FILED DEC 31 2024** Clerk U.S. District Court Greensboro, NC BY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Middle   District of   North Carolina   *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   December 11, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   The Honorable Joe L. Webster   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of   .

Date and time issued:   11/27/2024 1:17 pm     *[signature]*
                                                *Judge's signature*

City and state:   Durham, North Carolina     Joe L. Webster, United States Magistrate Judge
                                              *Printed name and title*

## Return

| Case No.: 1:24MJ504-1 | Date and time warrant executed: 12/10/2024 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: DUSM Little

Inventory of the property taken and name(s) of any person(s) seized:

The USMS obtained data/information in accordance with Attachment B on 12/10/2024 from 05:30 – 08:00 AM.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2024

*Executing officer's signature*

M. Little DUSM
*Printed name and title*